UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA      )
                              )
            v.                )      Case No.: CR210-31& CV213-41
                              )
JOHNNY MACK BROWN             )

ORDER

The hearing on Motion for Discovery (doc 178) that is scheduled for February 25,

2015, at 1:00 p.m., is **rescheduled** for February 25, 2015, at 10:00 a.m.

**SO ORDERED** this 12th day of February, 2015.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE